UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────

UNITED STATES OF AMERICA,

                                                 **DECISION AND ORDER**
      v.                                                 25-CR-50-A

MICHAEL R. PRELL, JR.,

                Defendant.

───────────────────────────────────

      This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings.  Dkt. No. 3.  Upon the Magistrate Judge's receipt of this Court's Order of Referral to Take the Guilty Plea (Dkt. No. 33), on December 23, 2025, Defendant Michael R. Prell, Jr., appeared before Magistrate Judge McCarthy and pleaded guilty, pursuant to a written plea agreement (Dkt. No. 34), to one count of a 4-count Indictment (Dkt. No. 1) charging him with conspiracy to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture or substance containing cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

      Magistrate Judge McCarthy issued a Report and Recommendation (R&R) (Dkt. No. 35) confirming his oral findings that Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  No timely objections to the R&R have been filed.  It is hereby

      **ORDERED** that, upon review of the Indictment, the plea agreement, the plea transcript (Dkt. No. 39) of the change-of-plea proceeding before the Magistrate Judge,

and the R&R, the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed.  Defendant's plea of guilty was knowing, voluntary, and supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights he was waiving should the Court accept his plea of guilty, the nature of the charges to which he was pleading guilty, and any maximum possible penalty, among the other requirements listed in Rule 11.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**Sentencing is scheduled for May 27, 2026, at 11:30 am.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

                __*s/Richard J. Arcara*_____
                HONORABLE RICHARD J. ARCARA
                UNITED STATES DISTRICT COURT

Dated:  January 15, 2026
    Buffalo, New York